## SECOND DEPARTMENT, OCTOBER, 1927.

In the Matter of the Application of FRANK M. BRADBURY for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of ROBERT H. BURTON-SMITH for Admission to the Bar. (From the State of Iowa.) — Application granted. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

In the Matter of the Application of CARROLL SEARLS for Admission to the Bar. (From the State of California.) — Application granted. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

MARGARET L. ANDERSON, as Sole Administratrix, etc., of ROBERT G. ANDERSON, Deceased, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

PHILIP APPELBAUM, as Administrator, etc., of SAMUEL APPELBAUM, etc., Respondent, v. IRVING WEISS and HYMAN KARP, Appellants, and GRACE L. CURTIS, Defendant.— Motion for reargument of motion to vacate order dismissing appeal denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

PETER BLEIMEYER, as Administrator, etc., of THERESA BLEIMEYER, Deceased, Appellant, Respondent, v. PUBLIC SERVICE MUTUAL CASUALTY INSURANCE CORPORATION, Respondent, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. A proper question will be certified. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent. Settle order on notice.

EDWARD W. BROWNING, Appellant, v. FRANCES HEENAN BROWNING, Respondent.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: Had the court at Special Term power to make the order appealed from? Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent. Settle order on notice.

BENJAMIN COHEN, Respondent, v. LOUISE B. DEMOTT, Appellant.— Motion for reargument of motion to dismiss appeal denied, without prejudice to a renewal of the motion upon argument of appeal. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

MARY COLITTI and AGOSTINO SANACUORE, Appellants, v. HENRY LANDAU and SARAH LANDAU, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

THE COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of ALICE GORDON, Respondent, v. GEORGE BEHRINGER, Appellant.— Motion to dispense with printing of record and brief on appeal granted. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

W. B. CRUIKSHANK BUILDING CORPORATION, Respondent, v. GEORGE W. EGBERT, SR., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.